235 F.2d 479
 Joseph R. LUCAS et al.
v.
Ralph L. LARGE et al.
 No. 5415.
 United States Court of Appeals Tenth Circuit.
 July 16, 1956.
 
 Appeal from the United States District Court for the District of New Mexico.
 Ross L. Malone and Charles F. Malone, Roswell, N. M., for appellants.
 Frank M. Mims, Albuquerque, N. M., and T. T. Sanders, Jr., Roswell, N. M., for appellees.
 Before BRATTON, Chief Judge, and PHILLIPS, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellants.